UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS K. LAWRENCE,

    Plaintiff,                                          Case No. 1:05-cv-690

v                                                      Hon. Wendell A. Miles

KENT COUNTY PROSECUTOR'S OFFICE,

    Defendant.

_____ /

## ORDER OF DISMISSAL

This action was originally filed in the U.S. District Court for the Eastern District of Tennessee and venue was transferred to this district. On November 7, 2005, an order was entered requiring plaintiff to personally appear on November 18, 2005 before Magistrate Judge Hugh W. Brenneman and show cause why this action should not be dismissed for lack of prosecution. Plaintiff, a resident of Tennessee, did not appear. Plaintiff has also offered no explanation why he failed to participate in the preparation of the Joint Status Report, or attend the Rule 16 Scheduling Conference on November 7, 2005.

Plaintiff having failed to show good cause why this matter should not be dismissed, therefore,

IT IS HEREBY ORDERED that pursuant to W.D. Mich. LCivR 41.1 this matter is dismissed with prejudice.


Dated: December 6, 2005                                               /s/ Wendell A. Miles
                                                                              Wendell A. Miles
                                                                               Senior U.S. District Judge